IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-CV-10-FL

| | | |
|---|---|---|
| PHYLLIS LATKA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. DAVID MILES and | ) | |
| NEW HANOVER REGIONAL | ) | |
| MEDICAL CENTER, | ) | |
|       Defendants | ) | |

This matter comes before the Court on Defendant New Hanover Regional Medical Center's Motion to Seal the records attached to Plaintiff's Sur-Reply, at DE 35-3. The Court takes into account the balance of the competing interest of access to Court records and Local Civil Rule 26.1(a)(1) and the personally sensitive nature of medical records, and finds the request to seal overcomes the common law or the First Amendment presumption to access, and further finds that alternatives to sealing are inadequate. Therefore, the Court will seal the medical records attached to Plaintiff's Sur-Reply, at DE 35-3. While sealed, the medical records remain part of the record of the case. This Order sealing the medical records has no effect on substantive issues raised.

      IT IS SO ORDERED, this the 1st day of December, 2014

 

                                                               LOUISE W. FLANAGAN
                                                               United States District Judge